### 6336. OWENS *v.* THE STATE.

BROYLES, J. The evidence authorized the verdict. No error of law is complained of, and the trial judge did not err in overruling the motion for a new trial.                    *Judgment affirmed.*

DECIDED MAY 4, 1915.

Conviction of shooting at another; from Terrell superior court— Judge Worrill. January 11, 1915.

*Yeomans & Wilkinson,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.